LOCKE LORD LLP
Krista J. Dunzweiler (SBN 227384)
kdunzweiler@lockelord.com
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:     916-930-2500
Facsimile:      916-930-2501

Attorneys for Plaintiff
ELLUSIONIST.COM, INC., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLUSIONIST.COM, INC., A California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BLUE ROCK, LLC, a Texas Limited Liability Company; JASON BRUMBALOW, an individual; DOES 1 through 20,<br><br>　　　　　　　Defendant. | CASE NO.  3:12-CV-02379 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>―――――――――――――<br><br>**[F.R.C.P.  RULE 41(A)(1)]** |

**IT IS HEREBY STIPULATED** by and between plaintiff Ellusionist.com, Inc. and defendants Blue Rock, LLC and Jason Brumbalow, by and through their respective undersigned attorneys, pursuant to Rule 41(a)(1), as follows:

　　　1.　　All claims and counterclaims alleged in this action have been resolved pursuant to a settlement agreement executed on February 27, 2013 between and among the various parties hereto, and the parties have been performing their respective obligations under that settlement agreement.

　　　2.　　Therefore, the parties now stipulate through their respective undersigned counsel that this action be voluntarily dismissed pursuant to Rule 41(a)(1).

///

3. The parties further stipulate that the Court may enter its order of dismissal on the strength of this stipulation.

Dated: March 29, 2013

Respectfully submitted,

LOCKE LORD LLP

By: _____*/s/ Krista J. Dunzweiler*_____
       Krista J. Dunzweiler
Attorneys for Plaintiff
ELLUSIONIST.COM, INC., a California Corporation

Dated: March 29, 2013

Respectfully submitted,

BORTON PETRINI, LLP

By: _____*/s/ Samuel L. Phillips*_____
       Samuel L. Phillips
Attorneys for Defendants
BLUE ROCK, LLC, a Texas Limited Liability Company and JASON BRUMBALOW

[~~PROPOSED~~] ORDER

Upon good cause appearing, it is hereby ordered that this action is voluntarily dismissed by the parties.

Dated: ___04/01/2013___   _____
Hon. *[signature: Samuel Conti]*
Judge Samuel Conti